USCA1 Opinion

 

 February 4, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 92-2095 VITO MALDERO, Plaintiff, Appellant, v. SECRETARY OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ___________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ___________________ Vito Maldero on brief pro se. ____________ A. John Pappalardo, United States Attorney, William L. ____________________ __________ Parker, Special Assistant United States Attorney, and Jessie M. ______ _________ Klyce, Assistant Regional Counsel, Region I, Department of Health _____ and Human Services, on brief for appellee. __________________ __________________ Per Curiam. We agree with the June 30, 1992 ___________ district court opinion and affirm for substantially the reasons stated therein. We reject claimant's argument that the ALJ did not sufficiently develop the record because he did not obtain VA and other records claimant has now presented for the first time on appeal. The ALJ had sufficient records, including reports from treating and consulting physicians, to make an informed decision and inadequate reason to believe the VA records would add significantly to the information already presented. We have reviewed the records claimant has presented for the first time on appeal and conclude they would not likely have made a difference. A remand is not warranted. Evangelista v. Secretary, 826 F.2d 136 (1st Cir. ___________ _________ 1987). Affirmed. ________